**No. 62175.**—Levin Bros. and Wm. Shaland *v.* United States, protests 323898–K and 323822–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiffs was sustained.

Before the Third Division, July 11, 1958

**No. 62176.**—Chinaware & Glass Trading Corporation *v.* United States, protest 212249–K (New York).

Opinion by Johnson, J. At the trial, it was stipulated that the items described on the invoice as "Archaic White Number 3," consisting of 79 ashtrays, which were appraised at 70 cents each, are dutiable at the rate in effect at that time, "at 35 per cent ad valorem, instead of at 50, as assessed." The court held that while the entry herein was dated November 15, 1951, and estimated duties were paid on November 16, 1951, the inspector's report on the back of the entry permit was dated December 4, 1951, and presumably, therefore, the entry transaction was not completed until after November 17, 1951, the effective date of the modification of paragraph 211 by the Torquay protocol. (*United States* v. *Mussman & Shafer, Inc.,* 40 C. C. P. A. 108, C. A. D. 506, cited.) On the record presented, the claim of the plaintiff was sustained.